UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTHERN NEW YORK

| | |
|---|---|
| X-CALIBER FUNDING LLC, as servicer for U.S. BANK, N.A., as trustee of the XCAL 2019-IL-1 MORTGAGE TRUST, <br><br>          Plaintiff, <br><br>  v. <br><br>MARK B. PETERSEN. <br><br>          Defendant. | Case No. 1:24-cv-5529 |

## NOTICE OF REMOVAL

Defendant Mark B. Petersen hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441, *et seq.* The grounds for removal are as follows:

1. Plaintiff commenced this action by filing a civil lawsuit in the Supreme Court of the State of New York, County of New York, on June 11, 2024. The matter is captioned Index No. 652958/2024, and a copy of the Motion for Summary Judgment in Lieu of Complaint ("Motion") is attached to this Notice as **Exhibit A**.

2. A copy of the docket from the state court proceedings in this matter as of the time of the filing of this Notice is attached as **Exhibit B**.

3. As pled in the Affirmation of Jeff Deines, dated June 7, 2024, submitted in support of the Motion and included in **Exhibit A** submitted herewith ("Deines Aff."), Plaintiff is a New York limited liability company, located at 3 W. Main St., Suite 103, Irvington, NY, 10533, whose members, upon information and belief, are also residents of New York. Deines Aff. ¶ 1.

4. Defendant is a resident of, and is domiciled in, Illinois, and a citizen of a different state than Plaintiff.

5. Plaintiff's Complaint seeks at least $34,530,991.77 from Mr. Petersen. Deines Aff. ¶ 25.

6. As this civil action between citizens of different states, and the amount in controversy exceeds $75,000, this Court has original jurisdiction over the matter based on diversity of citizenship. 28 U.S.C. § 1332.

7. Under 28 U.S.C. § 1441, "any civil action brought in a Stater court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

8. This Notice of Removal is being filed within thirty (30) days of Defendant's receipt of the Complaint, which occurred on June 25, 2024.

9. A true and correct copy of this Notice will be promptly filed with the Supreme Court of the State of New York, County of New York pursuant to 28 U.S.C. § 1446(d).

10. Finally, a copy of this Notice is being promptly served on Plaintiff, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, pursuant to 28 U.S.C. §§ 1332 and 1441, *et seq.*, Defendant Mark B. Petersen respectfully requests that Plaintiff's civil action be removed from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

Dated: July 22, 2024
New York, New York

**SAUL EWING LLP**

By:/s/ *Michael S. O'Reilly*
Barry A. Chatz (*Pro Hac Vice forthcoming*)
Michael Pollock (*Pro Hac Vice forthcoming*)
161 North Clark Street, Suite 4200
Chicago, IL 60601
(312) 876-7100

Michael S. O'Reilly
Ryan M. Jerome
1270 Avenue of the Americas, Suite 2800
New York, NY 10020
(212) 980-7200

*Attorneys for Defendant Mark B. Petersen*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Removal was filed with the Clerk on this date and sent to all counsel via CM/ECF and E-Mail as follows:

Blank Rome LLP
John C. Kessler
1271 Avenue of the Americas
New York, NY 10020
John.Kessler@BlankRome.com

This the 22nd day of July, 2024.

*/s/ Michael S. O'Reilly*
Michael S. O'Reilly